COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-075-CV

IN RE LESLIE RAY LAMBERT RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus.  No petition for bill of review could be located.  The court is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

PANEL A:  DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  March 4, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.